IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>         v.<br><br>Avraham Meyer Eisenberg,<br>    Defendant. | CRIMINAL NO. |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Avraham Meyer Eisenberg.

2. Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Eric A. Vos.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of December, 2022.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**

*S / Joseph Adam Niskar*
USDC-PR 03007
241 F.D. Roosevelt Ave.
San Juan, PR  00918-2441
Email: Joseph_Niskar@fd.org